# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LANGE TRADING CO., INC., AN**
**ILLINOIS CORPORATION, ET AL.**                                    **PLAINTIFFS**

**VS.**              **CASE NO. 5:07CV00271 JMM**

**ARKANSAS TOMATO SHIPPERS, LLC**
**A/K/A ATS, AN ARKANSAS LIMITED COMPANY, ET AL.**     **DEFENDANTS**

## ORDER

The Motion to Appear *Pro Hac Vice* is granted (#7). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Priscilla W. Grannis is hereby permitted to appear and participate in this action as counsel for plaintiffs.

IT IS SO ORDERED this   24   day of October, 2007.

James M. Moody
United States District Judge