IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LANGE TRADING CO., INC. AN ILLINOIS
CORPORATION, ET AL                                                                              PLAINTIFFS

VS.                               CASE NO. 5:07CV00271 JMM

ARKANSAS TOMATO SHIPPERS, LLC,
A/K/A ATS, AN ARKANSAS LIMITED LIABILITY
COMPANY, ET AL.                                                                                 DEFENDANTS

**ORDER**

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that the complaint is dismissed with prejudice and the *ex parte* temporary restraining order is dissolved and the order to show cause is dismissed.

The Court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions and counterclaims are denied as being moot, the hearing scheduled for November 13, 2007 at 9:15 is removed from the docket and the case is to be closed.

IT IS SO ORDERED this  5  day of November, 2007.

James M. Moody
United States District Judge